THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
    BENJAMIN E. VALENTINE, Appellant.

*People* v. *Valentine*, 147 App. Div. 31, affirmed.
(Argued March 27, 1912; decided April 12, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 11, 1911, affirming a judgment rendered at a
Trial Term upon a verdict convicting the defendant of
the crime of forgery in the first degree.

*Ernest Hall* and *Henry P. Keith* for appellant.

*Charles N. Wysong, District Attorney (Howard S.
Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
    Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.